IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　Plaintiff,<br><br>v.<br><br>8617 Black Canyon Highway LLC,<br><br>　　　　Defendant. | No. CV-17-02674-PHX-DLR<br><br>**ORDER** |

　　The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 72.) For good cause shown,

　　**IT IS ORDERED** that this action and all claims the parties asserted against one another are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

　　Dated this 29th day of October, 2018.

_____
Douglas L. Rayes
United States District Judge